IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

IN RE:

ALDRIDGE, TYRA DEWITT
ALDRIDGE, STACEY WHEELER
Debtor(s).

Case No. 08-13892-WV
(Chapter 7)

# Trustee's Report of Unclaimed Funds

Trustee Kevin M. Coffey, pursuant to Rule 3010 Fed. R. Bankr. P., reports

to the Court Clerk the following are dividends in an amount under $5.00 and

should be treated in the same manner as unclaimed funds.

| CLAIMANT | AMOUNT |
|---|---|
| Credit First National Association | $0.86 |
| PO Box 818011 | |
| Cleveland, OH 44181 | |
| | |
| TOTAL: | $0.86 |

A check made payable to the United States Bankruptcy Clerk will be

delivered to the Court for deposit into unclaimed funds.

DATED:  June 1, 2010

*/s/Kevin Coffey*
Kevin M. Coffey (OBA # 11791)
Chapter 7 Trustee
435 N. Walker, Suite 202
Oklahoma City, OK  73102
405/235-1497
Fax:  405/606-7446